**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| ALISHA CARRIGAN, on her own behalf and on behalf of others similarly situated, | Case No. 2:26-cv-02435-JLR |
| Plaintiff, | **STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND TIME TO RESPOND TO CLASS ACTION COMPLAINT** |
| v. | |
| WAYFAIR LLC, | |
| Defendant. | |

Pursuant to Western District of Washington Local Rules 7(d)(1) and 10(g), Plaintiff Alisha Carrigan, individually and on behalf of all others similarly situated ("Plaintiff"), and Defendant Wayfair LLC ("Defendant"), together (the "Parties"), by and through their respective counsel of record, hereby stipulate that Defendant's time to answer or otherwise respond to the Complaint in the above-captioned action is extended from July 17, 2026 to August 31, 2026.

If Defendant files a Motion to Dismiss, the Parties further agree that Plaintiff shall have 30 days to oppose, such that any opposition is due on September 30, 2026, and Defendant shall have 21 days to file a Reply, such that any reply is due on October 21, 2026.

Good cause exists for this requested extension. The action was originally filed in Snohomish County Superior Court and removed to this Court on July 10, 2026. Defendant requires additional time to evaluate the claims asserted in the Complaint, assess available defenses, and determine the appropriate response.

This case is in its very early stages, and this is the Parties' first request for an extension.

STIPULATED MOTION AND PROPOSED ORDER TO
EXTEND TIME TO RESPOND TO COMPLAINT – 1
Case No. 2:26-cv-02435-MLP

Granting the extension will allow Defendant adequate time to evaluate the allegations and legal issues presented in the Complaint.

Dated:  July 15, 2026

Respectfully submitted,

/s/ Samuel J. Strauss
Samuel J. Strauss, WSBA #46971
Raina C. Borrelli*
**STRAUSS BORRELLI PLLC**
980 N. Michigan Avenue, Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
sam@straussborrelli.com
raina@straussborrelli.com

Lynn A. Toops*
Natalie A. Lyons*
Ian R. Bensberg*
**COHENMALAD, LLP**
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Telephone: (317) 636-6481
ltoops@cohenmalad.com
nlyons@cohenmalad.com
ibensberg@cohenmalad.com

Gerard J. Stranch, IV*
Michael C. Tackeff*
Andrew K. Murray*
**STRANCH, JENNINGS & GARVEY, PLLC**
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Telephone: (615) 254-8801
gstranch@stranchlaw.com
mtackeff@stranchlaw.com
amurray@stranchlaw.com

*Attorneys for Plaintiff Alisha Carrigan*

*Applications for admission *pro hac vice* forthcoming

/s/ Meegan Brooks
Meegan B. Brooks, WSBA #62516
**BALLARD SPAHR LLP**
71 Stevenson St., Suite 400
San Francisco, CA 94105
Telephone: 415-318-2772
brooksm@ballardspahr.com

*Attorney for Defendant Wayfair LLC*

**[~~PROPOSED~~] ORDER**

IT IS SO ORDERED.

Dated this 16th day of July, 2026.

_____
U.S. District Court Judge

STIPULATED MOTION AND PROPOSED ORDER TO
EXTEND TIME TO RESPOND TO COMPLAINT – 2
Case No. 2:26-cv-02435-MLP

BALLARD SPAHR LLP
71 STEVENSON ST., SUITE 400
SAN FRANCISCO, CA 94105
415.318.2770 FAX: 424.731.8301

Presented by:

*/s/ Meegan Brooks*
Meegan B. Brooks, WSBA #62516
**BALLARD SPAHR LLP**
71 Stevenson St., Suite 400
San Francisco, CA 94105
Telephone: 415-318-2772
brooksm@ballardspahr.com

*Attorney for Defendant*

*/s/ Samuel J. Strauss*
Samuel J. Strauss, WSBA #46971
Raina C. Borrelli*
**STRAUSS BORRELLI PLLC**
980 N. Michigan Avenue, Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
sam@straussborrelli.com
raina@straussborrelli.com

Lynn A. Toops*
Natalie A. Lyons*
Ian R. Bensberg*
**COHENMALAD, LLP**
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Telephone: (317) 636-6481
ltoops@cohenmalad.com
nlyons@cohenmalad.com
ibensberg@cohenmalad.com

Gerard J. Stranch, IV*
Michael C. Tackeff*
Andrew K. Murray*
**STRANCH, JENNINGS & GARVEY, PLLC**
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Telephone: (615) 254-8801
gstranch@stranchlaw.com
mtackeff@stranchlaw.com
amurray@stranchlaw.com

*Pro hac vice applications forthcoming

*Attorneys for Plaintiffs and the Proposed Class*

STIPULATED MOTION AND PROPOSED ORDER TO
EXTEND TIME TO RESPOND TO COMPLAINT – 3
Case No. 2:26-cv-02435-MLP