HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALISHA CARRIGAN, on her own behalf and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WAYFAIR LLC,<br><br>Defendant. | Case No. 2:26-cv-02435-JLR<br><br>**NOTICE OF FIRM ADDRESS CHANGE**<br><br>***CLERK'S ACTION REQUIRED*** |

TO: Clerk of the above-entitled court;

AND TO: All Parties and Their Counsel of Record.

PLEASE TAKE NOTICE, **effective August 7, 2026,** the firm address of Ballard Spahr LLP will change. The new contact information is as follows, and all future pleadings and papers, exclusive of original process, are to be served and addressed to said attorneys at Ballard Spahr LLP at the contact information below (**please note that the mailing address will change but the telephone number and email address have remained the same**):

Meegan B. Brooks
Ballard Spahr LLP
One Front Street, Floor 26
San Francisco, CA 94111
Telephone: (415) 318-2772
Facsimile: (424) 731-8301
brooksm@ballardspahr.com

DATED: August 14, 2026

BALLARD SPAHR LLP

By: *s/ Meegan B. Brooks*
Meegan B. Brooks, WSBA No. 62516
One Front Street, Floor 26
San Francisco, CA 94111
Telephone: 415.318.2772
brooksm@ballardspahr.com

*Attorneys Wayfair LLC*