HONORABLE JAMES L. ROBART

**UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| ALISHA CARRIGAN, on her own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WAYFAIR LLC,<br><br>Defendant. | **Case No. 2:26-cv-02435-JLR** |
| BREE LUARK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WAYFAIR INC.,<br><br>Defendant. | **Case No. 2:26-CV-02769-JLR**<br><br>**~~PROPOSED~~ ORDER IN SUPPORT OF PLAINTIFFS' UNCONTESTED MOTION AND MEMORANDUM OF LAW IN SUPPORT OF APPOINTMENT OF INTERIM CLASS COUNSEL**<br><br>**NOTING DATE: September 4, 2026** |



**STRANCH, JENNINGS & GARVEY, PLLC**
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
TEL. (615) 254-8801

Plaintiffs have filed an unopposed Motion to Appoint Interim Class Counsel pursuant to Rule 23(g). For all of the reasons articulated in the Motion and for good cause shown, the Motion is hereby **GRANTED** in full. The Court appoints the following attorneys to these respective roles: Michael Tackeff of Stranch, Jennings & Garvey, PLLC and Rachel Minder of Siri and Glimstad, LLP as Interim Co-Lead Class Counsel, with M. Anderson Berry of Emery Reddy, PC as Liaison Counsel. **IT IS SO ORDERED**.

Dated this 4th day of September, 2026.

UNITED STATES DISTRICT JUDGE
HONORABLE JAMES L. ROBART



**STRANCH, JENNINGS & GARVEY, PLLC**
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
TEL. (615) 254-8801

PRESENTED BY:

Dated: September 4, 2026

Respectfully submitted for entry,

*/s/ M. Anderson Berry (w/ permission)*___

M. Anderson Berry, WSBA No. 63160
Brook E. Garberding, WSBA No. 37140
Gregory Haroutunian*
Brandon P. Jack*
**EMERY REDDY, PC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: 916.823.6955
anderson@emeryreddy.com
brook@emeryreddy.com
gregory@emeryreddy.com
brandon@emeryreddy.com

Leslie Pescia*
Rachel Minder*
**SIRI & GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, NY 10151
Phone: (212) 532-1091
lpescia@sirillp.com
rminder@sirillp.com

*Admitted pro hac vice

*Attorneys for Plaintiff Bree Luark and the Proposed Class*

*/s/ Michael Tackeff* ______________

Gerard J. Stranch, IV (pro hac vice)
Michael C. Tackeff (pro hac vice)
Andrew K. Murray (pro hac vice)
**STRANCH, JENNINGS & GARVEY, PLLC**
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Telephone: (615) 254-8801
gstranch@stranchlaw.com
mtackeff@stranchlaw.com
amurray@stranchlaw.com

*/s/ Samuel J. Strauss* ______________

Samuel J. Strauss, WSBA #46971
Raina C. Borrelli (pro hac vice)

**STRAUSS BORRELLI PLLC**
980 N. Michigan Avenue, Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
sam@straussborrelli.com
raina@straussborrelli.com

Lynn A. Toops (pro hac vice)
Natalie A. Lyons (pro hac vice)
Ian R. Bensberg (pro hac vice)
**COHENMALAD, LLP**
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Telephone: (317) 636-6481
ltoops@cohenmalad.com
nlyons@cohenmalad.com
ibensberg@cohenmalad.com

*Attorneys for Plaintiff Alisha Carrigan and the Proposed Class*